■ MALCOLM B. BURMAN, Appellant, v BT CREDIT Co., INC., Respondent. —Order, Supreme Court, New York County, entered on April 15, 1977, judgment entered thereon on April 27, 1977 and order entered September 27, 1977, unanimously affirmed on the opinion of Fein, J., at Special Term. The respondent shall recover of the appellant $60 costs and disbursements of these appeals. Concur—Silverman, J. P., Evans, Lynch and Sullivan, JJ.